[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-16297
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 10, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 02-00122-CR-T-24-EAJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RONALD RAY LANGDON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(April 10, 2009)**

Before BIRCH, PRYOR and COX, Circuit Judges.

PER CURIAM:

James W. Smith, III, appointed counsel for Ronald Ray Langdon, has filed a

motion to withdraw on appeal, supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's order denying Langdon's motion for relief under 18 U.S.C. § 3582(c)(2) is **AFFIRMED**.